# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3578

_____

Deverick Scott

*Plaintiff - Appellant*

v.

Ray Hobbs, Director, Arkansas Department of Correction

*Defendant*

Danny Burl, Warden, East Arkansas Regional Unit, ADC; Dexter Payne, Assistant Warden, East Arkansas Regional Unit, ADC; Todd Ball, Assistant Warden, East Arkansas Regional Unit, ADC; Tyrone Washington, Lieutenant, East Arkansas Regional Unit, ADC; Roosevelt Barden, Officer, East Arkansas Regional Unit, ADC; Janice Bogan-Hall, Officer, East Arkansas Regional Unit, ADC; Tiffany Sparkman, Officer, East Arkansas Regional Unit, ADC; Zonnie Burnell, Nurse, East Arkansas Regional Unit, ADC; Stormi Sherman, Nurse; Geraldine Campbell, Nurse, East Arkansas Regional Unit; Charlotte Gardner, Grievance Officer, East Arkansas Regional Unit; Corizon, Inc.; Wendy Kelley, Assistant Director, Arkansas Department of Correction; Debra Horton, Medical Grievance Officer, East Arkansas Regional Unit

*Defendants - Appellees*

Arkansas Department of Correction

*Defendant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: May 30, 2016
Filed: June 9, 2016
[Unpublished]

_____

Before COLLOTON, GRUENDER, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Deverick Scott brought a 42 U.S.C. § 1983 action against East Arkansas Regional Unit officials and staff, and other parties, based on an altercation with Lieutenant Tyrone Washington, and the medical care that Scott received thereafter. The district court[1] dismissed some parties, granted summary judgment for others, held a bench trial as to the remaining defendants, and entered final judgment. Scott appeals, raising arguments both as to the grant of summary judgment and the bench trial. We affirm.

As to the grant of summary judgment, upon careful de novo review, see Chambers v. Pennycook, 641 F.3d 898, 904 (8th Cir. 2011), we agree with the district court that Scott's failure-to-supervise claims failed. See Parrish v. Ball, 594 F.3d 993, 1001-02 (8th Cir. 2010) (discussing supervisor liability); Lenz v. Wade, 490 F.3d 991, 995-96 (8th Cir. 2007) (single incident usually provides insufficient basis upon which to assign supervisor liability). We also agree that none of the medical defendants exhibited deliberate indifference to Scott's serious medical needs. See Dulany v. Carnahan, 132 F.3d 1234, 1239 (8th Cir. 1997) (discussing deliberate

_____

[1]The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

indifference). We conclude, therefore, that the grant of summary judgment was proper. As to Scott's arguments directed at the bench trial, we cannot conduct meaningful review because he failed to provide a trial transcript. See Fed. R. App. P. 10(b); Kelly v. Omaha Housing Authority, 721 F.3d 560, 562 (8th Cir. 2013), cert. denied, 134 S. Ct. 1010 (2014).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____